**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 16, 2015

Hon. Gaines F. West II
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, TX 77845-1515
* DELIVERED VIA E-MAIL *

Hon. Thomas F. Nye
Gault Nye & Quintana
Attorneys at Law
717 Everhart, Suite A
Corpus Christi, TX 78411
* DELIVERED VIA E-MAIL *

Hon. Roger W. Hughes
Adams & Graham
P. O. Drawer 1429
Harlingen, TX 78551-1429
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00696-CV
Tr.Ct.No. 2014-DCL-00910-I
Style:     Columbia Valley Healthcare System L.P. d/b/a Valley Regional Medical
            Center v. Maria Zamarripa, as Guardian of the Estates of Rey Francisco
            Ramirez and Rammy Justin Ramirez, Minors

       Appellant's motion for rehearing in the above cause was this day DENIED by this Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch